**MCNEES WALLACE & NURICK LLC**
Langdon T. Ramsburg (PA I.D. No. 318749)
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108-1166
(717) 232-8000
lramsburg@mcneeslaw.com
*Attorney for Defendant*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENN WHITE, | : | CIVIL ACTION – LAW |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Docket No. 2:23-CV-2057 |
| | : | |
| PITTSBURGH FIRE SPRINKLER, | : | |
| LLC, | : | |
| *Defendant*. | : | |

## NOTICE OF REMOVAL OF CIVIL ACTION

TO:    UNITED STATES DISTRICT COURT FOR THE WESTERN
        DISTRICT OF PENNSYLVANIA

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Pittsburgh Fire

Sprinkler, LLC ("Defendant") hereby removes the above-captioned action from the

Court of Common Pleas of Allegheny County, Pennsylvania, to the United States

District Court for the Western District of Pennsylvania.  In support of this removal,

Defendant states as follows:

1.    On or about November 6, 2023, Plaintiff Jenn White ("Plaintiff")

initiated a civil action against Defendant by filing a Complaint in the Court of

Common Pleas of Allegheny County, Pennsylvania.  The matter was docketed in

the Court of Common Pleas at Number GD-23-006708. A copy of the Complaint is attached hereto as Exhibit A.

2.    Defendant received the Complaint from Plaintiff on November 6, 2023.

3.    Pursuant to Pennsylvania Rule of Civil Procedure 402, Defendant accepted service of the Complaint on November 22, 2023.

4.    As set forth therein, the Complaint arises out of allegations regarding Plaintiff's former employment with Defendant.  (See Compl., ¶¶ 13-31.)

5.    As averred in the Complaint, Plaintiff alleges that Defendant subjected her to discrimination and retaliation on the basis of her gender in violation the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII").  Plaintiff also alleges that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") denying her overtime compensation.   (See Compl., ¶¶ 4, 13-108.)

6.    Because Plaintiff seeks relief on claims arising out of statutory laws of the United States, this Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331.

7.    Accordingly, this action is properly removed to this Court under 28 U.S.C. § 1441(a) and (c)(1).

2

8.      As required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the Complaint setting forth the claims for relief arising under federal law.

9.      A copy of this Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Allegheny County, Pennsylvania and served upon all parties in accordance with 28 U.S.C. § 1446(d).

10.     Pursuant to 28 U.S.C. § 1446(a), Defendant files with this Notice of Removal a copy of all process, pleadings, and orders served upon it in the state court action prior to the filing of this Notice of Removal.  (See Exhibit A).

11.     In making the foregoing statements for purposes of removal, Defendant does not concede in any way that the allegations in the Complaint are accurate or meritorious, that Defendant has violated any of the laws alleged in the Complaint in any way, that the Plaintiff has asserted claims upon which relief can be granted, or that recovery of any amount is authorized or appropriate. This Notice of Removal does not waive any objections or defenses by Defendant, all of which are expressly preserved herein.

3

WHEREFORE, Defendant Pittsburgh Fire Sprinkler, LLC hereby removes this action from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

Date:  December 1, 2023          By:   /s/*Langdon T. Ramsburg*
                                       Langdon T. Ramsburg
                                       PA I.D. No. 318749
                                       100 Pine Street, P.O. Box 1166
                                       Harrisburg, PA 17108-1166
                                       Phone: (717) 232-8000
                                       lramsburg@mcneeslaw.com

                                       *Attorney for Defendant,*
                                       *Pittsburgh Fire Sprinkler, LLC*

4

4890-0385-3968, v. 2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date signed below, a copy of

Defendant's Notice of Removal was served upon the following individuals via the

Court's Electronic Filing System.

Patrick W. Carothers, Esquire
Kyle H. Steenland, Esquire
THE WORKERS' RIGHTS LAW GROUP, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
patrick@workersrightslawgroup.com
kyle@workersrightslawgroup.com

*Counsel for Plaintiff*


Date:  December 1, 2023

/s/*Langdon T. Ramsburg*
Langdon T. Ramsburg
PA I.D. No. 318749